**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Superior Industries, LLC,

        Plaintiff,                           Civil No. 09-2035 (RHK/RLE)

vs.                                             **ORDER**

Thor Global Enterprises, Ltd.,

        Defendant.

---

      This matter is venued in the Sixth Division.

      All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated: August 5, 2009

                                                        s/Richard H. Kyle
                                                        RICHARD H. KYLE
                                                        United States District Judge